1  Linda M. Lawson (Bar No. 77130)
   llawson@mmhllp.com
2  Chris S. Milligan (Bar No. 211532)
   cmilligan@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   AUTOMATIC DATA PROCESSING, INC. LONG
7  TERM DISABILITY PLAN

8             **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

11 STERLING O'GRADY,                )  Case No. C-10-5732 SC
                                    )
12        Plaintiff,                )  **JOINT STIPULATION TO**
                                    )  **CONTINUE CASE**
13        vs.                       )  **MANAGEMENT CONFERENCE**
                                    )
14 AUTOMATIC DATA PROCESSING,       )
   INC. LONG TERM DISABILITY PLAN,  )
15                                  )
          Defendant.                )
16                                  )  Complaint Filed:   December 15, 2010
                                    )
17 _____  )

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**MESERVE,**
**MUMPER &**
**HUGHES LLP**

116905.1

1    JOINT STIPULATION TO CONTINUE CASE
                 MANAGEMENT CONFERENCE

1  WHEREAS, the Court initially scheduled the Case Management Conference
2  in the above-matter on Friday, April 8, 2011, at 10:00 a.m.;
3  WHEREAS, the Court has now re-scheduled the Case Management
4  Conference in the above-matter on Friday, April 15, 2011, at 10:00 a.m.;
5  WHEREAS, Timothy Fricker, of Fricker & Creech & Associates, lead trial
6  counsel for Plaintiff, has a scheduling conflict on April 15, 2011, in that he will be
7  out-of-town during the week of April 11, 2011.
8  WHEREAS, counsel for Defendants, Linda M. Lawson, does not oppose
9  continuing the date of the Case Management Conference in this matter, and all
10 parties are available on April 22, 2011;
11 IT IS HEREBY STIPULATED by and between the parties, by and through
12 their respective attorneys of record that, if it please the Court, the currently scheduled
13 hearing date on the Case Management Conference be continued from April 15, 2011,
14 to April 22, 2010, at 10:00 a.m.
15 IT IS SO STIPULATED.

Dated:  March 8, 2011          FRICKER & CREECH & ASSOCIATES
                               TIMOTHY FRICKER


                               By:     /S/ *Timothy Fricker*
                                   Timothy Fricker
                                   Attorneys for Plaintiff
                                   STERLING O'GRADY


Dated:  March 8, 2011          MESERVE, MUMPER & HUGHES LLP
                               LINDA M. LAWSON
                               CHRISTOPHER S. MILLIGAN


                               By:     /S/ *Christopher S. Milligan*
                                   Christopher S. Milligan
                                   Attorneys for Defendant
                                   AUTOMATIC DATA
                                   PROCESSING, INC. LONG TERM
                                   DISABILITY PLAN

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

116905.1

2    JOINT STIPULATION TO CONTINUE CASE
     MANAGEMENT CONFERENCE

1  Linda M. Lawson (Bar No. 77130)
   llawson@mmhllp.com
2  Chris S. Milligan (Bar No. 211532)
   cmilligan@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   AUTOMATIC DATA PROCESSING, INC. LONG
7  TERM DISABILITY PLAN

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 STERLING O'GRADY,                             ) Case No. C-10-5732 SC
                                                 )
12        Plaintiff,                             ) **[PROPOSED] ORDER UPON**
                                                 ) **STIPULATION TO CONTINUE**
13        vs.                                    ) **CASE MANAGEMENT**
                                                 ) **CONFERENCE**
14 AUTOMATIC DATA PROCESSING,                    )
   INC. LONG TERM DISABILITY PLAN,               )
15                                               ) Complaint Filed:   December 15, 2010
          Defendant.                             )
16                                               )
   _____ )
17

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

1    [PROPOSED] ORDER GRANTING JOINT
     STIPULATION TO CONTINUE CASE
     MANAGEMENT CONFERENCE

1  The Court, having reviewed the Stipulation to Continue Case Management
2  Conference ("Stipulation") between plaintiff STERLING O'GRADY and defendant
3  PRUDENTIAL INSURANCE COMPANY OF AMERICA, finds that good cause
4  exists to enter an order approving said Stipulation.
5  Accordingly,
6  IT IS HEREBY ORDERED AS FOLLOWS:
7  The Case Management Conference currently set for April 15, 2011, is
8  continued to April 22, 2011, at 10:00 a.m.

11  Dated: 3/8/11

Honorable ____ [DENIED — Judge Samuel Conti]
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

2   JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE; [PROPOSED]
ORDER THEREON