Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Chris S. Milligan (Bar No. 211532)
cmilligan@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
AUTOMATIC DATA PROCESSING, INC. LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING O'GRADY, <br><br>           Plaintiff, <br><br> vs. <br><br> AUTOMATIC DATA PROCESSING, INC. LONG TERM DISABILITY PLAN, <br><br>           Defendant. | Case No. C-10-5732 SC <br><br> **JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** <br><br><br> Complaint Filed:   December 15, 2010 |

/ / /
/ / /
/ / /

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

117119.1

1          JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE

1  Following settlement of this matter, Plaintiff STERLING O'GRADY
2  ("Plaintiff") and Defendant AUTOMATIC DATA PROCESSING, INC. LONG
3  TERM DISABILITY PLAN ("Defendant") by and through their respective counsel
4  of record, hereby stipulate that this action shall be dismissed with prejudice, each
5  party to bear its own costs, expenses and attorney's fees.

6  **IT IS HEREBY STIPULATED.**

7  Dated: March 30, 2011      FRICKER & CREECH & ASSOCIATES
                               TIMOTHY FRICKER

   By: _____
       Timothy Fricker
       Attorneys for Plaintiff
       STERLING O'GRADY

   Dated: March 4, 2011      MESERVE, MUMPER & HUGHES LLP
                              LINDA M. LAWSON
                              CHRISTOPHER S. MILLIGAN

   By: _____
       Christopher S. Milligan
       Attorneys for Defendant
       AUTOMATIC DATA
       PROCESSING, INC. LONG TERM
       DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING O'GRADY,<br><br>          Plaintiff,<br><br>     vs.<br><br>AUTOMATIC DATA PROCESSING,<br>INC. LONG TERM DISABILITY PLAN,<br><br>          Defendant. | Case No. C-10-5732 SC<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br>Complaint Filed:   December 15, 2010 |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all Defendants. Each party shall bear its own fees and costs.

Dated: ___4/6___, 2011

_____
Hon. Samuel Conti
Judge, United States District Court

IT IS SO ORDERED

*Samuel Conti*
Judge Samuel Conti

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

1     [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE